NO. 07-07-0340-CV





IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



JANUARY 2, 2008


______________________________



IN THE MATTER OF P.Z.



 _________________________________



FROM THE 364th DISTRICT COURT OF LUBBOCK COUNTY;



NO. 2007-762,308; HONORABLE MELISSA JO McNAMARA, PRESIDING


_______________________________



ORDER DISMISSING APPEAL


 _______________________________


Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

 Appellant, by and through his attorney, has filed a motion to dismiss. Without
passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate
Procedure 42.1(a)(1)(2) and dismiss the appeal. Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our mandate will issue
forthwith.



 Brian Quinn

 Chief Justice



ined and our mandate
will issue forthwith.

 Accordingly, the appeal is dismissed.

 Patrick A. Pirtle

 Justice

 


Do not publish.